| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mark E. Cooper |
| United States Bankruptcy Court for the | Northern District of Illinois |
| Case number | 10-53150 |

# Form 4100R
## Response to Notice of Final Cure Payment

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of Creditor: Ocwen Loan Servicing, LLC

Court claim no. (if known): N/A

Last 4 digits of any number you use to identify the debtor's account: XXXXX8547

Property address: 15522 S. Dearborn,
Number        Street

South Holland        IL        60473
City        State        ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all post petition payments consistent with 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $ 2,106.10 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 0.00 |
| c. | **Total.** Add lines a and b. | (c) | $ 2,106.10 |

Creditor asserts that the debtor(s) are contractually obligated for the post petition payment(s) that first became due on: 08/01/2014

**Part 4:** **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:** **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  */s/ Caleb Halberg*
Signature                                               Date  May 12, 2016

Print  **Caleb**          **Halberg**                   Title  Attorney for Creditor
       First Name  Middle Name  Last Name

Company  **Potestivo & Associates, P.C.**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   223 W Jackson Blvd., Suite 610,
          Number         Street
          Chicago        IL        60606
          City           State     ZIP Code

Contact phone  312-263-0003            Email  chalberg@potestivolaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**IN RE:**

    Mark E. Cooper                                      Case No. 10-53150
                                                       Chapter 13
                                                       Judge Jacqueline P. Cox

    Debtor(s)

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W Jackson Blvd., Suite 610
Chicago, IL 60606
chalberg@potestivolaw.com
Telephone: 312-263-0003
Main Fax: 312-263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No. 100228

Steve Miljus
Attorney for Debtor(s)
20 S Clark
28th Floor
Chicago, IL 60603
312-256-8736
_____/

**AFFIDAVIT OF SERVICE**

     I, Catherine Scanlan, state that on the 11th day of May 2016, I served a copy of the Response to Notice of Final Cure and Proof of Service of same upon:

| | |
|---|---|
| Mark E. Cooper<br>15522 S. Dearborn<br>South Holland, IL 60473 | Steve Miljus<br>20 S Clark<br>28th Floor<br>Chicago, IL 60603 |
| Thomas Vaughn<br>55 E. Monroe Street,<br>Suite 3850<br>Chicago, IL 60603 | Patrick S Layng<br>219 S Dearborn St., Room 873<br>Chicago, IL 60604 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor

and via CM-ECF electronic filing to Debtor's Attorney, and the Trustee.

                                        */s/ Catherine Scanlan*
                                        Catherine Scanlan

| Due Date | Due Amt | Amt Received Date | Amt Received |
|---|---|---|---|
| 12/1/2010 | $96.85 | 12/31/2010 | $100.00 |
| 1/1/2011 | $96.85 | 2/23/2011 | $100.00 |
| 2/1/2011 | $96.85 | 4/20/2011 | $103.00 |
| 3/1/2011 | $96.85 | 5/17/2011 | $112.00 |
| 4/1/2011 | $96.85 | 6/17/2011 | $111.00 |
| 5/1/2011 | $96.85 | 6/1/2012 | $760.00 |
| 6/1/2011 | $96.85 | **Trustee Disbursed** | **$3,000.00** |
| 7/1/2011 | $96.85 | | |
| 8/1/2011 | $96.85 | | |
| 9/1/2011 | $96.85 | | |
| 10/1/2011 | $96.85 | | |
| 11/1/2011 | $96.85 | | |
| 12/1/2011 | $96.85 | | |
| 1/1/2012 | $96.85 | | |
| 2/1/2012 | $96.85 | | |
| 3/1/2012 | $96.85 | | |
| 4/1/2012 | $96.85 | | |
| 5/1/2012 | $96.85 | | |
| 6/1/2012 | $96.85 | | |
| 7/1/2012 | $96.85 | | |
| 8/1/2012 | $96.85 | | |
| 9/1/2012 | $96.85 | | |
| 10/1/2012 | $96.85 | | |
| 11/1/2012 | $96.85 | | |
| 12/1/2012 | $96.85 | | |
| 1/1/2013 | $96.85 | | |
| 2/1/2013 | $96.85 | | |
| 3/1/2013 | $96.85 | | |
| 4/1/2013 | $96.85 | | |
| 5/1/2013 | $96.85 | | |
| 6/1/2013 | $96.85 | | |
| 7/1/2013 | $96.85 | | |
| 8/1/2013 | $96.85 | | |
| 9/1/2013 | $96.85 | | |
| 10/1/2013 | $96.85 | | |
| 11/1/2013 | $96.85 | | |
| 12/1/2013 | $96.85 | | |
| 1/1/2014 | $96.85 | | |
| 2/1/2014 | $96.85 | | |
| 3/1/2014 | $96.85 | | |
| 4/1/2014 | $96.85 | | |
| 5/1/2014 | $96.85 | | |
| 6/1/2014 | $96.85 | | |
| 7/1/2014 | $96.85 | | |
| **8/1/2014** | **$96.85** | **Due** | |

| | | | |
|---|---|---|---|
| 9/1/2014 | $96.85 | | |
| 10/1/2014 | $96.85 | | |
| 11/1/2014 | $96.85 | | |
| 12/1/2014 | $96.85 | | |
| 1/1/2015 | $96.85 | | |
| 2/1/2015 | $96.85 | | |
| 3/1/2015 | $96.85 | | |
| 4/1/2015 | $96.85 | | |
| 5/1/2015 | $96.85 | | |
| 6/1/2015 | $96.85 | | |
| 7/1/2015 | $96.85 | | |
| 8/1/2015 | $96.85 | | |
| 9/1/2015 | $96.85 | | |
| 10/1/2015 | $96.85 | | |
| 11/1/2015 | $96.85 | | |
| 12/1/2015 | $96.85 | | |
| 1/1/2016 | $96.85 | | |
| 2/1/2016 | $96.85 | | |
| 3/1/2016 | $96.85 | | |
| 4/1/2016 | $96.85 | | |
| 5/1/2016 | $96.85 | | |
| **Total** | **$6,392.10** | **($2,106.10)** | **$4,286.00** |